ORIGINAL TO
U.S. DIST. CT.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

THOMAS OTTER ADAMS,
100612-, PRO SE
_____
Full name and prison number
of plaintiff(s)

v.

CARTER DAVENPORT, WARDEN III,
CO I RICHARDSON, E.C.F.,
CO I BORDEN, E.C.F.,
SEVERAL SEGREGATION
BOARD MEMBERS, ET. AL.
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06CV959-WKW
(To be supplied by Clerk of
U.S. District Court)

**DEMAND FOR JURY TRIAL**

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES (✓)  NO ( )

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) THOMAS OTTER ADAMS - 2:05-
         CV-0352-MEF, - 2:06-CV-873-ID

         Defendant(s) GWENDOLYN MOSLEY- ET. AL. 2:05-CV-0352-
         GWENDOLYN MOSLEY - 2:06-CV-873-ID

      2. Court (if federal court, name the district; if
         state court, name the county) MIDDLE DISTRICT
         of ALABAMA, NORTHERN DIVISION

3. Docket number ① 2:05-CV-0352, ② 2:06-CV-0873

4. Name of judge to whom case was assigned ① CHIEF MAGISTRATE - CHARLES S. COODY

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) BOTH ACTIONS REMAIN PENDING

6. Approximate date of filing lawsuit ① 2-2005, ② 9-2006

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT EASTERLING CORRECTIONAL FACILITY, CLIO, ALABAMA 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED EASTERLING CORRECTIONAL FACILITY, CLIO, ALABAMA 36017

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. CARTER DAVENPORT, 200 WALLACE DR., CLIO - 36017
2. LEWIS HULETT, 200 WALLACE DR., CLIO, 36017
3. CO I BORDON - 200 WALLACE DR., CLIO - 36017
4. CO I RICHARDSON, 200 WALLACE DR., CLIO - 36017
5. ANTHONY ASKEW, 200 WALLACE DR., CLIO - 36017
6. SEVERAL SEC. BD. MEMBERS, ET. AL. —

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED CONTINUING From OCTOBER 11, 2006, UNTIL ?

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: VIOLATION OF FIRST AMENDMENT RIGHTS, FREEDOM OF RELIGION (NATIVE AMERICAN)

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On October 11, 2006, I requested an interview with the Segregation Board, in attendance for D.O.C. was, Carter Davenport- Warden II, Captain Sconyers, Chaplain Askew, Brian Mitchell, Sgt. Woods, and Ms. Hayes — my interviews continued →

GROUND TWO:

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

3

were to question, and update my status & transfer request(s), but at interview, I was subjected to an interrogation procedure by Warden Davenport as to my hair.

(PLEASE SEE EXHIBIT # 1)

(2) After brief conversation, I stated directly to Warden Davenport, as well as others present, "It is against my religious teachings, and beliefs, to cut my hair." "My hair is sacred to me."

(3) At this time, Warden Davenport orders, "When they come for you, go out and cut your hair Thomas!"

(4) Chaplain Askew, muttered and mumbled some derogatory comment under his breath.

(5) This interview was ended, with no regard or concern as to my initial purpose or questions, I was taken back to cell SA-18 Segregation. (Punitive)

(6) Since the date of this allegation, and at this filing, I remain the only

(3A)

occupant, with no means to alert or notify security or health care, in the event of heart trouble, no monitor or alarm what so ever is provided.

(7) On October 17, 2006, at about 11:00 pm, (2) two third shift officers, CO I Borden, CO I Richardson told me that, "Your name is on the hair-cut list, you have to get a haircut!"

(8) I told CO I Richardson that, "it's against my religious beliefs and teachings to cut my hair."

(9) CO I Richardson turned to CO I Borden who said, "Thomas you still have to get a haircut."

(10) I told both officers that I would comply with their orders, but "this is illegal, it will probably make me sick again or even worse."

(11) I then went out to the seg population lobby where an inmate barber cut my hair. My hair is now less than 1/16 of an inch long.

(3 B)

(12) In order to further enforce this illegal policy, no inmates are even allowed shampoo. Many inmates are sentenced to 45 days or longer.

(13) It would produce a severe bad hygiene problem to never wash your hair. This examples the mal-treatment of prisoners at E.C.F.'s Seg. Unit!

(14) An example of callous indifference and careless disregard to Native American prisoners as well as others who are similarly situated.

I am Yuchi and believe, that people, as the creation of Great Spirit are sacred persons and individuals. This includes but is not limited to a person's hair.

Everything that is of a natural state, (i.e.- uncut hair) is sacred to the person who is practicing Native American spirituality or Native American religion as it's referred to these days and times.

Among many things, and all things natural, for example a person's hair, are a gift of creation from Creator

(3 C)

THE GREAT MYSTERY, THE GREAT SPIRIT

(18) I AM TAUGHT THAT SOME OF THE ASPECTS AND ABILITIES OF HAIR WHICH REMAINS UNCUT, ARE; TO GROW, TO PROTECT, TO PROMOTE SACREDNESS, TO SANCTIFY, TO EXAMPLE AND INSTILL VIRTUES, AMONG WHICH ARE A KEEPING OF ANCIENT TRADITIONS AND TEACHINGS, WHICH CERTAINLY THE A D O C WOULD APPROVE OF THE QUALITIES IN A RELIGION.

(19) AS NATIVE AMERICANS, WE/I BELIEVE THAT OUR HAIR ABSORBS AS WELL AS THEN DISCHARGES ENERGIES WHICH ARE SPIRITUAL BY NATURE AND DESIGN, WITHOUT UNCUT HAIR THIS PROCESS AND MANNER OF DAILY WORSHIP IS COMPLETELY ELIMINATED AND DESECRATED WHICH CREATES A SPIRITUAL VOID.

(20) IT IS ALSO A TEACHING AMONG SOME TRIBES THAT PEOPLE WOULD SHAVE THEIR HEAD, LEAVING NO HAIR, MEN AND WOMEN ALIKE, THIS WAS DONE WHEN IN THE DEATH OF A FAVORITE LOVED ONE, OR A CHILD'S DEATH, TO EXPRESS, WITHOUT THE NEED FOR WORDS,

(3D)

that, "I am grieving a great loss," or a very similar intent.

(21) As a Native American, I believe that my uncut hair absorbs the energy, force and powers of our several rituals and ceremonies.

(22) Many times a person's uncut hair will retain the odors and eminations of medicine plants, i.e. cedar, tobacco, sage, sweet grass. It is believed and taught among many nations that this ritual of "smudging" dispels negative energies.

(23) You can not force and threaten a traditional Native American Prisoner, being forced to cut his hair and throw away what he believes to provide him with spiritual nourishment, this attachment/connection must remain intact and undisturbed, this entire process creates a "whole human being."

(24) The blood combines this to the person's heart, and heart is the essence of our life and living.

(3E)

(25) Against this plaintiff's objections and explanations I am forced to cut off a very valuable and primary source of what I believe to be spiritual nourishment, that cant be derived from a different type or source.

(26) My un cut hair provides me with spiritual strength as well as physical wellness.

(27) As the sacred wind comes down and braids the hair of the earth, (the tall grasses), so do the two-leggeds braid our hair.

This action by the E.C.F. Administration, the segregation unit, and the chaplains office, further shows the religious retaliations and discriminations against native american prisoners.

I have been in continuous segregation over 485 days at this filing!

(3F)

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

AN ANSWER, DECLARTORY JUDGMENT, PUNITIVE DAMAGES, A JURY TRIAL, A RESTRAINING ORDER,

_____
Thomas Adams
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on OCTOBER 22, 2006
             (Date)

_____
Thomas Adams
Signature of plaintiff(s)

THOMAS ADAMS- 100612
SA-18 SEGREGATION UNIT
200 WALLACE DR.
CLIO, ALABAMA  36017

AS WITNESS: 199329
Shawn Simmons
SHAWN SIMMONS- 199329
SA-18 SEG. UNIT.

4

BARBOUR COUNTY: / AFFIDAVIT
STATE of ALABAMA.

I am Thomas Otter Adams - # 100612, a State Prisoner at Easterling.

I am in the Segregation Unit, SA-18, over 485 days.

I am over 21 years old, this hair sample is my own, and was the length of my hair on October 17, 2006, when I was ordered to cut my hair, against my religious beliefs, as a Native American.

This statement is true and correct to the best of my belief and knowledge.

Pursuant to 28 U.S.C., § 1746 (2), the Penalty of Perjury.

Done this 22 day of October, 2006

*Thomas Adams*

Thomas Adams - 100612
SA-18 Seg. Unit
200 Wallace Dr.
Clio, Ala. 36017