IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS OTTER ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-959-WKW |
| | ) |
| CARTER DAVENPORT, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for Temporary Restraining Order and Preliminary Injunction (Doc. # 1) filed by the plaintiff on October 24, 2006, it is hereby ORDERED that the Motion for a Temporary Restraining Order is DENIED.

It is further ORDERED that this case is referred to the Magistrate Judge for prompt consideration of the Motion for Preliminary Injunction.

DONE this 25th day of October, 2006.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE