AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**Middle** District of **Alabama**

Thomas Otter Adams
Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

Carter F. Davenport, Warden, et al
Defendant

CASE NUMBER: 2:06CV959-WKW

RECEIVED 2006 NOV -8 A 9:40

I, **Thomas Adams**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Easterling Corr. Facility**

   Are you employed at the institution? **No**   Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   **none**

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   **2002, Calhoun Co.**

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☒ Yes   ☐ No
   f. Any other sources   ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

(3E) SEE ACCOUNT STATEMENT - P.M.O.D.
(3F) - SEE ACCOUNT STATEMENT - P.M.O.D.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. ___000___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

10-29-2006                Thomas Adams - 100612
_____              _____
    Date                     Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 EASTERLING CORR FACILITY


AIS #: 100612    NAME: ADAMS, THOMAS ROUSEWALL         AS OF: 10/30/2006

                   # OF      AVG DAILY       MONTHLY
         MONTH     DAYS      BALANCE         DEPOSITS
         ---------------------------------------------------

         OCT       1         $0.08           $0.00
         NOV       30        $0.08           $0.00
         DEC       31        $0.08           $0.00
         JAN       31        $0.08           $0.00
         FEB       28        $0.08           $0.00
         MAR       31        $0.08           $0.00
         APR       30        $0.08           $0.00
         MAY       31        $0.08           $0.00
         JUN       30        $0.08           $0.00
         JUL       31        $3.42           $18.08
         AUG       31        $7.68           $18.00
         SEP       30        $4.02           $0.00
         OCT       30        $0.83           $0.00
```

Clerk of the Court - Ms. Debra Hackett
U.S. District Court -

This is the account statement for me, during the last year, as you can see I have a balance of 0.83.

Please consider this in allowing me to proceed in forma pauperis.

Done this 31 day of October, 2006

Respectfully submitted,

Thomas Adams - 100612
SA-18 Segregation Unit
200 Wallace Drive
Clio, Ala. 36017