**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

COI Richardson
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kaim Bake_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 11-15-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06CV959
po+cmf

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 2687

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

1. COI Borden
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kaim Bake_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 11-15-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06CV959
po+cmf

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 2694

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Lewis Hulett
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kaim Bake_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 11-15-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06CV959
po+cmf

3. Service Type
☒ Certified Mail   ☒ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 2700

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540