| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece... | A. Signature X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery 11-15-06<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br>06cv959 <br>  WKW CMP |

Carter F. Davenport, Warden II
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)  7005 1820 0002 3461 2632

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _[signature]_ ☒ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery 11-15-06<br>D. Is address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br>06cv959<br>  WKW CMP |

Anthony Askew
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)  7005 1820 0002 3461 2717

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540