IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS OTTER ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-959-WKW |
| | ) |
| CARTER DAVENPORT, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

It is hereby ORDERED that Plaintiff's Motion for a Preliminary Injunction (Doc. # 9) is referred to the Magistrate Judge for prompt consideration.

DONE this 22nd day of November, 2006.

               /s/   W.  Keith Watkins
      UNITED STATES DISTRICT JUDGE