IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS OTTER ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-959-WKW |
| | ) | (WO) |
| CARTER DAVENPORT, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The objection filed by the plaintiff on December 8, 2006 (Doc. # 12) is overruled;

(2) The recommendation of the United States Magistrate Judge entered on November 28, 2006 (Doc. # 11) is adopted;

(3) The motions for preliminary injunctive relief filed by the plaintiff (Docs. # 1 & 9) are DENIED; and

(4) This case is hereby REFERRED back to the United States Magistrate Judge for further proceedings.

DONE this 12th day of December, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE