IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS OTTER ADAMS,          CIVIL ACTION
    PLAINTIFF                 2:06-CV-0959-WKW
        vs.                   HON. CHARLES S. COODY
CARTER DAVENPORT,
WARDEN II, E.C.F., ET. AL.
    DEFENDANT(S)

_____

Plaintiff's Sworn Affidavit - 28 USC §1746(2)

COMES NOW THE PLAINTIFF, THOMAS OTTER ADAMS, A STATE PRISONER, WHO IS BEFORE THIS HONORABLE COURT. CHIEF UNITED STATES MAGISTRATE JUDGE, CHARLES S. COODY.

THIS AFFIDAVIT IS FILED, PURSUANT TO F.R.CIV.P., PENALTY OF PERJURY, AND 28 USC §1746(2).

AS THE PLAINTIFF, I AFFIRM THE FOLLOWING BY SIGNATURE:

(1) I am Thomas Adams, the Plaintiff in the above referenced Civil Action. I am over 21 years old. I am a state prisoner held in the Segregation Unit at E.C.F.

(2) I affirm by my signature, that the following is true and correct, to the best of my belief and knowledge, owing to the penalty of perjury, 28 USC §1746(2).

(3) On October 11, 2006 I was ordered by the Defendant(s), A.D.O.C., to cut my hair. At that time I stated, "It's against my religious beliefs and teachings to cut my hair."
"Against my will I was forced to cut all my hair off."

(4) On January 22, 2007, I was again ordered by third shift A.D.O.C., CO I Williams and CO I Richardson to cut my hair. Again I told these (2) two officers "It's against my religious beliefs and teachings to cut my hair off."

(5) "Against my will, I was forced to cut my off." Plaintiffs avers that the total length of my hair before cutting was less than an inch long. My hair is now less than 1/16 of an inch long.

(6) This treatment by the administration and security personnel, the segregation unit, the Chaplain's department, is retaliation, persecution and discrimination, due entirely to my pursuit of religious rights and the protections that are afforded a prisoner thru the Federal Courts!

(1)

(7) I have now been held, for no legitimate reason, in the segregation unit for over 19 months.

(8) The administration continues to subject this Plaintiff to maltreatment, prejudice(s), and further humiliation(s) because of my own religious beliefs.

(9) There is no factual basis to order and require this Plaintiff to cut his hair, which was less than an inch long, being completely contrary to the A.D.O.C.'s own grooming regulations, which are contained in the inmate handbook.

(10) Furthermore, there are no Caucasian (white) barbers at Easterling, the African American inmates have never been trained or qualify (by a certificate) to even cut 'straight hair'.

(11) Plaintiff contends that the Defendant's claim of "substantial government interest" has/is actually an opportunity to abuse that claim, as is noted in <u>Cutter v. Wilkinson</u> " 'substantial government interest' is not substantial enough.

(12) To require and order, threaten an inmate to cut hair which is <u>less than an inch long</u> is not the "<u>least restrictive means</u>"

(13) A <u>reasonable person</u>, A.D.O.C., would not have acted in this manner! Previously aware of the constitutional, religious claims of this Plaintiff!

(14) These most recent actions are sadistic and malicious, intended to cause and create harm!

(2)

## RELIEF

(15) WHEREFORE, WITH ALL PREMISES BEING CONSIDERED, THE PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT TO REQUIRE AN ANSWER OF THE DEFENDANT(S), THE ALABAMA DEPARTMENT OF CORRECTIONS AT EASTERLING FACILITY - CLIO, ALABAMA.

(16) TO ORDER THE A.D.O.C. TO CEASE TO ORDER AND/OR CAUSE THE HAIR OF THE PLAINTIFF'S SCALP TO BE CUT, UNTIL A LEGAL DECISION IS THEN REACHED. THIS PLAINTIFF HAS NO MEANS OR OPPORTUNITY TO EXERCISE, PRACTICE, OR PARTICIPATE IN HIS RELIGION.

(17) TO ORDER AND ISSUE A DECLATORY JUDGMENT PURSUANT TO THE PROVISION(S) OF F.R.CIV.P.-RULE 57, AND TO ADVANCE THIS CAUSE ON THE CALENDAR.

(18) TO ORDER AND ISSUE A PUNITIVE JUDGMENT AGAINST THE DEFENDANTS INDIVIDUALLY AND THEN COLLECTIVELY IN A JUST AND FAIR AMOUNT.

(19) TO ORDER AND ISSUE A REMEDIAL FINE AGAINST THE DEFENDANTS FOR THESE ACTIONS.

(20) INCLUDING BUT NOT LIMITED TO 28 USC §2201-02.

DONE THIS 29 DAY OF JANUARY, 2007.

RESPECTFULLY SUBMITTED,
THOMAS ADAMS - 180612
SB-1 SEGREGATION UNIT, E.C.F.
200 WALLACE DRIVE
CLIO, ALABAMA 36017

(3)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, BY MY SIGNATURE, THAT I HAVE MAILED A TRUE COPY OF THE "PLAINTIFF'S SWORN AFFIDAVIT", FIRST-CLASS POSTAGE PRE-PAID, AND PROPERLY ADDRESSED TO:

MR. JEFFREY H. LOWE.
ASSISTANT ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA. 36130

DONE THIS 30 DAY of JANUARY, 2007

SIGNED: Thomas Adams

THOMAS OTTER ADAMS - 180612
SB-1 SEGREGATION UNIT
200 WALLACE DRIVE
CCIO, ALABAMA 36017

(4)

Thomas Adams - 100612
5B-1 SCE. Unit.
EASTERLING CORRECTIONAL FACILITY
P.O. Box 10
Clio, Alabama 36017

MONTGOMERY AL 361
31 JAN 2007 PM 1 T

(LEGAL MAIL PRIVILEGE)

Ms. Debra Hackett, Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

36101+0711