IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2007 MAR 26 A 10:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

THOMAS OTTER ADAMS,
PRO SE, PLAINTIFF

VS.

CARTER DAVENPORT,
WARDEN II, ET. AL.
DEFENDANT(S)

2:06-CV-0959-WKW

MOTION FOR A PRELIMINARY INJUNCTION,
TEMPORARY RESTRAINING ORDER.

---

Comes now the plaintiff, Thomas Otter Adams, a state prisoner, who is before this Honorable Court, Chief United States Magistrate Judge, Charles S. Coody.

Plaintiff files this motion, pursuant to Federal Rules of Civil Procedure - Rule 65.

In support thereof;

I am Thomas Otten Adams-188612, a state prisoner, plaintiff in this action (2:06-CV-0959-WKW-CSC). I am over 21 years old.

I am requesting that this Honorable Court, to re-consider the former decision(s) of this Honorable Court, because of the nature of this civil action, which alleges several <u>first amendment</u> violation(s).

> "Whatever may be the view with regard to ordinary prison discipline, and it's problems, we think, that a charge of a religious persecution falls in quite a different category - freedom of religion and of conscience is one of the fundamental "preferred" freedoms guaranteed by the United States Constitution. We must approach a decision with that admonition in mind."
> U.S. v. Pate 293 F.2D., 235 (1964-65)

The plaintiff incorporates and restates the following, as if fully presented;
Document(s) #3-1 (10-25-06), #7-1 (11-16-2006), #11-1 (11-28-2006), #12-1 (12-6-2006), #13-1 (12-12-2006) Plaintiff's Answer to Special Report-"Relief"-(1-30-2007)

The plaintiff intends to further add to the listed court actions, the following.

(1)

Billy Soza Warsoldier, Plaintiff
vs.
Jeanne Woodford, California D.O.C.
418 F.3D., 989, No 04-55879

Holdings, Court of Appeals, Circuit Judge Pregerson

5(1) policy imposed substantial burden on inmate's religious practice

7(2) policy was not least restrictive alternative to achieve C.O.C.'s interest in prison security, and thus violated R.L.U.I.P.A.

10(3) inmate faced possibility of irreparable injury absent issuance of injunction,

12(4) balance of hardships favored inmate

<u>Reversed and Remanded</u>

Plaintiff alleges further, that AL. D.O.C. officials of the segregation unit have at this filing threatened, intimidated, harrassed, slandered and humiliated him because of his religious beliefs and teachings, because I am a Native American and adhere to the tenents, customs, rules of what "religion". i.e. (uncut-hair, not allowed to participate in any religious ceremonies, rituals).

(2)

## Relief

That this Honorable Court to issue an order, preventing the Alabama Department of Corrections, Easterling Correctional Facility, CWO, Alabama from compelling, ordering, threatening, intimidating or serving a disciplinary action or citation to inmate Thomas Otten Adams - 180612, who refuses to cut the hair from his head, in a violation of sincerely held religious teachings and beliefs.

Plaintiff has and is confined in an 8' x 7' cell in the segregation unit for over 21 months, at this filing.



(3)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, AFFIRM by my SIGNATURE, THAT I HAVE MAILED A TRUE COPY OF THE ABOVE STYLED, "MOTION FOR A PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER – TO:

MS. KIM THOMAS, ATTORNEY
101 S. UNION STREET
P.O. BOX 301501
MONTGOMERY, 36130-1501

PROPERLY ADDRESSED AND FIRST-CLASS POSTAGE PRE-PAID;

DONE THIS 22 DAY OF MARCH, 2007

RESPECTFULLY SUBMITTED;
x Thomas Adams –
THOMAS ADAMS – 100612
B-2 SEG. UNIT. E.C.F.
280 WALLACE DR.
CLIO, ALA. 36817



(4)

THOMAS OTTOL ADAMS - 188612
B-2 SEC LOWIT
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

LEGAL MAIL
Privilege

MONTGOMERY AL 361
23 MAR 2007 PM 4 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, ALABAMA 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."