IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

THOMAS OTTER ADAMS, #100 612   *

    Plaintiff,   *

    v.   *   2:06-CV-959-WKW

CARTER DAVENPORT, WARDEN II,   *
*et al.*,
    Defendants.   *

_____

**ORDER**

Before the court is a document filed by Plaintiff on May 29, 2007 which is in letter format and directed to the undersigned's attention. In this document, Plaintiff requests that the court read three letters he enclosed. Plaintiff also requests that the court make copies of these letters and return the originals to him. (*See* Doc. No. 20.)

Plaintiff is advised that his May 29, 2007 pleading, docketed as a "notice," has been filed with the court. No further action on this notice will be undertaken by the court.

As noted in the court's order of procedure (*see* Doc. No. 6), the parties were instructed that "[e]ach pleading, motion or other application submitted to the court shall contain 'a caption setting forth the name of the court, title of the action, the file number, and a designation.'" The order further directs that "[e]very application which requests an order or particular action by the court 'shall be [presented] by motion.' . . . The application 'shall set forth with particularity the grounds' for the motion and 'the relief sought.'"

The Clerk will be directed to return to Plaintiff the attachments included with his May 29 notice. Plaintiff is advised, however, that neither the court nor Defendants are required to provide him with copies of documents without prepayment of costs. If Plaintiff wishes to receive copies from this court, he may do so upon prepayment of fifty (50) cents per page.

Plaintiff is further informed that he may utilize any means available to him to produce copies of documents and pleadings including, but not limited to, handwritten copies of the evidentiary materials he seeks to submit to this court. It is Plaintiff's responsibility to procure copies of his evidentiary materials and provide such to Defendants and this court.

The Clerk is DIRECTED to return Exhibits 1-3 attached to Document Number 20 to Plaintiff and retain a copy of these exhibits in the file.

Done this 30th day of May, 2007.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE