U.S. DIST. CT.

IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 JUN 20 A 9: 23

THOMAS OTTER ADAMS
PLAINTIFF, PRO SE

VS.

CARTER DAVENPORT, WARDEN II.
ET. AL. DEFENDANT(S)

CIVIL ACTION NO.

2:06-CV-0959 - WKW. CSC

P. HACKETT
DISTRICT COURT
MIDDLE DISTRICT ALA

PLAINTIFF'S SWORN AFFIDAVIT - 28 U.S.C. § 1746 (2)

COMES NOW THE PLAINTIFF, THOMAS OTTER ADAMS,
A STATE PRISONER, WHO IS BEFORE THIS HONORABLE
COURT, CHIEF UNITED STATES MAGISTRATE JUDGE, MR
CHARLES S. COODY.

THIS AFFIDAVIT IS FILED, PURSUANT TO F.R. CIV. P.
PENALTIES OF PERJURY AND 28 U.S.C. § 1746 (2)

AS THE PLAINTIFF, I AFFIRM THE FOLLOWING.

STATE OF ALABAMA                    JUNE 14, 2007
BARBOUR COUNTY

Affidavit (Sworn) Statement

I am Thomas Adams, a State Prisoner, and the
Plaintiff in Civil Action, 2:06-cv-0959. WKW. CSC.
Adams v. Davenport. ET. Al., alleging First Amendment
Violations as concerns the Practice of Native
American Spirituality / Religion.

On June 13, 2007, (Wednesday) I Requested and
Voluntarily attended the Institutional Segregation
Review Board (ISRB), Several other inmates were
in attendance. As were COI Joel Yew, COI Baldwin,
As Security Officers.

The ISRB consisted of: Warden Davenport,
Lattrice Green, Brian Mitchell, Anthony Askew,
Kenneth Sconyers, all are named in Civil Action(s)
Filed by this Plaintiff / Affiant.

On During the course of this interview each and
Every Request was Denied by the Chair person, Warden
Carter Davenport

At the closing of this interview I was ordered
by Warden Davenport to. "Get A Haircut Adams."

In Return my comment / Reply was. "Warden
Davenport its against my Religious Beliefs and
Teachings to cut my Hair."

At Exiting the Room. Sgt. S. Logan said,
" We'll get him A Haircut, the next time we
cut Hair, Warden."

①

LEGAL USE ONLY

WHEN I WALKED OUT TO THE LOBBY, AND PLACED IN A CHAIR TO BE RETURNED TO MY CELL. I ASKED BOTH OFFICERS TEW, BALDWIN. " WHAT KIND OR TYPE OF CONTRABAND OR WEAPON COULD YOU'LL ACTUALLY HIDE IN MY HAIR OFFICER TEW?"

OFFICER JOEL TEW REPLIED. " NOTHING THAT I KNOW OF ADAMS!"

THIS PRISONER MAINTAINS THAT MY HAIR LENGTH IS LESS THAN (1) ONE INCH LONG. THERE IS NO METHOD, PROCEDURE, TECHNIQUE OR PROCESS BY WHICH AN INMATE / PRISONER COULD SUCCESSFULLY OR OTHERWISE CONCEAL ANY ITEM OR CONTRABAND IN HUMAN HAIR LESS THAN (1) ONE INCH LONG!

FURTHERMORE, THIS PRISONER PRIVILEGES THAT THESE COMMENTS / ORDERS AND TREATMENT BY AL. D.O.C. OFFICIALS, EXPRESSLY AND PARTICULARLY BY DEFENDANT(S) WARDEN CARTER DAVENPORT, CHAPLAIN ANTHONY ASKEW ARE BASED IN RETALIATIONS AND RELIGIOUS DISCRIMINATIONS!

THIS AFFIDAVIT IS FILED PURSUANT TO THE PENALTIES OF PERJURY, IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DONE THIS 14 DAY OF JUNE, 2007. AT E.C.F.

RESPECTFULLY SUBMITTED,

Thomas Adams

THOMAS ADAMS - 188612
B-34, SEG. UNIT, E.C.F.
200 WALLACE DR.
CLIO. ALABAMA. 36017

LEGAL USE ONLY

(2)

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, BY MY SIGNATURE, THAT I
HAVE MAILED A TRUE AND CORRECT COPY OF, "AFFIDAVIT,
SWORN TESTIMONY (6-14-07)", CORRECTLY ADDRESSED AS:

LEGAL DIVISION. AL. D.O.C.
P.O. BOX 301501
MONTGOMERY, ALA.    36130-1501

BY PLACING THE SAME IN THE INSTITUTIONAL MAIL-BOX
ON <u>JUNE 15, 2007</u>, LEGAL MAIL POSTAGE IS PRE-PAID.

RESPECTFULLY SUBMITTED.
THOMAS ADAMS

THOMAS ADAMS - 100612
B-34, SEG. UNIT. E.C.F.
200 WALLACE DR.
CLIO. ALA.    36017

CC! US. DIST. CT.
    AL. D.O.C. LEGAL DIV.
    FILE.





THOMAS ADAMS-100617
B-39, STE. CRIT. E.C.F.
200 WALLACE DRIVE
CCIO, ALA. 36017

LEGAL MAIL PRIVILEGE!

FREE POSTAGE

MS. DEBARA HACKETT, CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALA.    36101-0711

3610107111-11 B007