IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

THOMAS OTTER ADAMS, #100 612        *

    Plaintiff,        *

    v.        *        2:06-CV-959-WKW

CARTER DAVENPORT, WARDEN II,        *
*et al.*,
    Defendants.        *

_____

**ORDER**

On June 20, 2007 Plaintiff submitted a pleading styled as *Plaintiff's Sworn Statement*. The court construes the pleading as an affidavit filed in support of his January 17, 2007 opposition to Defendants' written report. A review of the docket reflects that Plaintiff previously filed an affidavit in support of his opposition on February 1, 2007. (*See* Doc. No. 17.)

By order entered January 8, 2007 the court directed Plaintiff to file a response to Defendants' written report on or before January 29, 2007. In light of the response deadline set by the court's January 8 order, and in light of the additional opposition submitted by Plaintiff approximately five months after expiration of this time period, it is

ORDERED that Plaintiff may file any further opposition response on or before July 24, 2007. The court will **not** accept any further response in opposition to Defendants' written report, or affidavit/exhibit in support therefore, submitted after this deadline absent

a showing of exceptional circumstances demonstrating Plaintiff's inability to comply with the deadlines imposed by the court.

To the extent Plaintiff's June 20, 2007 pleading may be construed as a Motion to Amend Complaint, it is

ORDERED that the motion (Doc. No. 22) be and is hereby DENIED as untimely.[1]

Done, this 10th of July 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The court's November 14, 2006 order of procedure informed Plaintiff that "[a]ll amendments to the complaint and/or motions to amend must be filed within ninety (90) days of the date of this order . . . Proposed amendments or motions to amend filed after this date will be considered untimely. (Doc. No. 6, pg. 4 ¶ (5)(f).)

Further, if Plaintiff believes his constitutional rights have been violated by Defendants' conduct or actions since the filing of this complaint, he is free to file a new civil action.