IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS OTTER ADAMS, PRO SE, PLAINTIFF<br><br>VS.<br><br>CARTER DAVENPORT, W.II. ET. AL, DEFENDANT(S) | CIVIL ACTION<br>2:06-CV-0959-WKW, CSC |

~ PLAINTIFF'S SWORN AFFIDAVIT ~

COMES NOW THE PLAINTIFF THOMAS OTTER ADAMS, A STATE PRISONER, WHO IS BEFORE THIS HONORABLE COURT - CHIEF UNITED STATES MAGISTRATE JUDGE, MR. CHARLES S. COODY.

THIS AFFIDAVIT IS FILED PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE - RULE 56(e).

UNDER THE PENALTIES OF PERJURY, I AFFIRM THAT:

LEGAL USE ONLY

ORIGINAL

I AM THOMAS ADAMS- 100612. A STATE PRISONER, THE ONLY PLAINTIFF IN THIS CIVIL ACTION. I AM OVER 21 YEARS OLD.

THE FOLLOWING IS THE TRUTH, TO THE BEST OF MY KNOWLEDGE AND BELIEF.

~~~~~~~~~~~~~~~~

① THIS AFFIDAVIT IS NOW FILED IN SUPPORT OF THE PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S WRITTEN REPORT.

② THIS FURTHER SUPPORT IS ALLOWED BY THIS HONORABLE COURT'S ORDER OF JULY, 10, 2007. (PLEASE SEE DOC. #23-1) P.#1.

③ THIS HONORABLE COURT ORDERED ON JUNE 26, 2007. THAT THE ALABAMA D.O.C. AT THE EASTERLING CORRECTIONAL FACILITY, TO ALLOW THIS PLAINTIFF TO INSPECT AND COPY FROM THE ENTIRE INSTITUTIONAL AND MEDICAL FILE OF THIS PRISONER, A NATIVE AMERICAN.

④ THERE HAVE BEEN MANY SARCASTIC AND DEROGATORY COMMENTS DIRECTED AT THIS ONE PRISONER - A "JAILHOUSE LAWYER" SINCE, BUT IN ALL FAIRNESS AND TRUTH NONE THAT WOULD AMOUNT TO A CONSTITUTIONAL VIOLATION, STANDING ON ITS MERIT ALONE, BUT—

⑤ AT ABOUT 11:30-12:00 P.M. ON JULY 9, 2007 I WAS ORDERED BY COI PETTIS 3RD SHIFT TO "GET A HAIRCUT, ADAMS." I TOLD THIS OFFICER THAT, "I DON'T WANT OR NEED A HAIRCUT, ITS AGAINST MY RELIGIOUS TEACHINGS AND BELIEFS TO

①

cut my hair at all."

⑥ COI Bettys replies. "You're going to get a haircut. You can tell it to the Leuitenent." (Which proves to be a lie, there was no supervisor, as is required, working 3rd shift at E.C.F., this prison was being operated by a sargent.)

⑦ Sargent IBetta Jones has been a D.O.C. sargent less than a year!

⑧ At about 12:00 - 12:30 P.M., COI Bettys and COI Williams returned to B-34 and stated, "Let's go Adams, the Leuitenent wants to see you in the lobby." I was hand-cuffed and taken to the See. Visit Lobby, there was no supervisor present, there was no supervisor even working 3rd shift.

⑨ I continued to request to speak with the 3rd shift supervisor <u>before getting a haircut!</u>

⑩ COI Bettys & COI Williams ordered me to set in the barbers chair, "That the Leuitenent will be here." Who did arrive was both sargents Jones and Hagar. I then presented both of these sargents with the "Order" of United States District Judge, W. Keith Watkins (Document # 19-1, 3-28-2007) which reads from P.1 - "The grooming policy of the ALDOC, as stated in the inmate Handbook, requires that <u>all inmates</u>" keep (their) hair well-groomed."

> This wording of the inmate Handbook makes no distinction between male/female prisoners.

This is quoted from exhibit 1 at p. 19.

③

(10 CONTINUED-) THE HANDBOOK EXPLICITLY DEFINES THAT A REGULAR HAIRCUT IS ONE WHERE THE HAIR IS "OFF THE NECK AND EARS" and THAT ANY SIDEBURNS ARE TO BE WORN "MEDIUM LENGTH AND EXTEND NO LOWER THAN THE MIDDLE OF THE EAR."

(11) THE DEFENDANT(S) SGT. IBETH JONES. "CUT HIS HAIR TO ONE INCH ON TOP, THAT'S WHAT THE REGULATIONS SAY." EVEN THIS ORDER TO THE COI'S GETTIS AND WILLIAMS COULD NOT BE ACCOMPLISHED BY THE INMATE BARBERS WHO ALSO ARE AFRICAN-AMERICANS. AND HAVE NO TRAINING OR SKILL TO CUT STRAIGHT-HAIR. THERE ARE NO NATIVE-AMERICAN OR CAUCASIAN INMATE BARBERS AT EASTERLING!

> FURTHERMORE, THIS PLAINTIFF ASSERTS THE ALLEGATION(S) THAT EVEN THESE INSTITUTIONAL BARBERS ARE NOT CERTIFIED OR LICENSED BY THE STATE OF ALABAMA AS IS REQUIRED BY LAW.

(12) THIS PLAINTIFF NOW STATES, PURSUANT TO THE PENALTIES OF PERJURY, THAT "THE HAIR ON MY HEAD IS LESS THAN 1/4 INCH LONG, CUT IN THE MANNER AND FASHION OF A BLACK-MAN'S!"

(13) THAT THESE ORDERS AND INSTRUCTIONS OF THE COI GETTYS, COI WILLIAMS AND THE SARGENT JONES. ARE DIRECT ACTS OF RETALIATION, DISCRIMINATION, RACISM, RELIGIOUS PERSECUTION WHICH HAS BEEN AND CONTINUES AGAINST THIS NATIVE AMERICAN/ JAIL HOUSE LAWYER.

(3)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify and affirm by my signature that the above "Plaintiff's Sworn Affidavit" has been mailed, a true copy, properly addressed and first-class postage being pre-paid, to –

   Ms. Kim Thomas, Attorney
   AL. D.O.C. – Legal Division
   P.O. Box 301501
   Montgomery, Ala.   36130-1501

Placed in the institutional mail system on this the 15th day of July, 2007.

   Respectfully submitted,

   *Thomas Adams*

   Thomas Adams – 100612
   B-34, Seg. Unit. – E.C.F.
   200 Wallace Drive
   Clio, Ala.   36017



(4)

RICKY GAVIN HARRIS - 180612
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

LEGAL MAIL PRIVILEGE

MONTGOMERY AL 361
16 JUL 2007 PM 3 T

MS. DEBRA HACKETT, CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALA. 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."