December 1, 2007

RE: NOTICE: CHANGE OF ADDRESS
  2:05-CV-0352-MHT
  2:06-CV-0873-
  2:06-CV-0959-WKW

Clerk of the Court,
  Madam Clerk - Ms. Debra Hackett

This to inform you that after 29 months in the segregation unit at Easterling, I have finally been transferred!
This is the correct address-
  Thomas Adams - 100612
  E-Dorm, Staton
  P.O. Box 56
  Elmore, Alabama - 36025

Thanks for all your great help the past few years, Merry Christmas - Happy New Year!

Respectfully submitted,
Thomas Adams

P.S. There has been no legal mail forwarded from Easterling. As of this mailing date - Please tell Judge Coody, Thank you!

THOMAS ADAMS - 100612
E-DORM, - 2-14-A
STATON CORR. FACILITY
P.O. BOX 56
ELMORE, ALA. 36025

MONTGOMERY AL 361
27 DEC 2007 PM 4 T

41 USA

HAPPY HOLIDAYS

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36102

36101+0711