**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **THOMAS OTTER ADAMS** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | |
| | **)** | **2:06-CV-959-WKW-CSC** |
| **CARTER DAVENPORT, ET AL.** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |
| | **)** | |
| | **)** | |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW, *Carter F. Davenport, Kim Richard, Mitchell Borders, Anthony Askew, and Lewis Hulette*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

XX      This party is an individual, or

XX      This party is a governmental entity (in official capacities), or

⬚      There are no entities to be reported, or

⬚      The following entities and their relationship to the party are hereby reported:

Reportable Entity                              Relationship to Party

_____      _____

_____      _____

Respectfully submitted,

TROY KING
Attorney General

/s/ *Jeffery H. Long*
Jeffery H. Long
Assistant Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have, this the 5th day of February, 2008, electronically filed the

foregoing with the Clerk of Court using the CM/ECF system and served a copy of the foregoing

upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly

addressed as follows:

        Thomas Otter Adams, AIS 100612
        Staton Correctional Facility
        PO Box 56
        Elmore, AL 36025

                        /s/ *Jeffery H. Long*
                        Jeffery H. Long