IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS OTTER ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-959-WKW |
| | ) |
| CARTER DAVENPORT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On October 5, 2012, the Magistrate Judge filed a Recommendation. (Doc. # 32.)  No objections were filed.  After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that

1. The Recommendation (Doc. # 32) of the Magistrate Judge is ADOPTED;

2. Defendants' motion for summary judgment (Doc. # 14) is GRANTED. An appropriate judgment will follow.

DONE this 13th day of November, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE